UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINTHIA MARIE GEYER, | ) Case No. 8:24-cv-02360-SVW-MBK |
| | ) |
| Plaintiff, | ) [PROPOSED] |
| vs. | ) **JUDGMENT** |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: June 6, 2025

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE