UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Cinthia Marie Geyer, | Case No.: 8:24-cv-2360-SVW-MBK |
| Plaintiff. | **ORDER AWARDING EAJA FEES** |
| vs. | |
| Frank Bisignano,[1] Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of $5,076.43, plus $405.00 costs, subject to the terms of the Stipulation. IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of $5,076.43, plus $405.00 costs, subject to any federal debt owed by the Plaintiff. If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause the payment of fees be made directly to Eddy Pierre Pierre and/or Pierre Pierre Law,

---

[1] Frank Bisignano is now the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1 | P.C., pursuant to the Assignment executed by Plaintiff. Any payments made shall
2 | be delivered to Plaintiff's counsel.

Dated: August 18, 2025

_____
Honorable Stephen V. Wilson
United States District Judge